FILED: 10/15/2020
Judge: Edmond E. Chang
Magistrate Judge: Jeffrey Cummings
bg

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: SOCIETY INSURANCE COMPANY
COVID−19 BUSINESS INTERRUPTION
PROTECTION INSURANCE LITIGATION                                    MDL No. 2964

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 2, 2020, the Panel transferred 4 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Edmond E. Chang.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Chang.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of October 2, 2020, and, with the consent of that court, assigned to the Honorable Edmond E. Chang.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 15, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ BROOK GUDAUSKY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 15, 2020

IN RE: SOCIETY INSURANCE COMPANY
COVID−19 BUSINESS INTERRUPTION
PROTECTION INSURANCE LITIGATION                    MDL No. 2964

SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | ILLINOIS CENTRAL | | | |
| 1:20-cv-06149 | ILC | 1 | 20−01327 | Smash Management Inc et al v. Society Insurance |
| 1:20-cv-06151 | ILC | 1 | 20−01328 | Lastputt Inc v. Society Insurance |
| | ILLINOIS SOUTHERN | | | |
| 1:20-cv-06152 | ILS | 3 | 20−00765 | Gem City Fresh−Mex, Inc. et al v. Society Insurance |
| | INDIANA NORTHERN | | | |
| 1:20-cv-06153 | INN | 1 | 20−00308 | T & J's 5th Down, Inc. v. Society Insurance, a Mutual Company |
| | IOWA SOUTHERN | | | |
| 1:20-cv-06154 | IAS | 4 | 20−00256 | RSV Enterprises, Inc. et al v. Society Insurance |
| 1:20-cv-06155 | IAS | 4 | 20−00274 | Elevated Industry, LLC v. Society Insurance |
| | TENNESSEE MIDDLE | | | |
| 1:20-cv-06156 | TNM | 3 | 20−00604 | Farm2Table, LLC v. Society Insurance |
| | WISCONSIN EASTERN | | | |
| 1:20-cv-06159 | WIE | 2 | 20−01340 | Wiseguys Pizzeria & Pub LLC v. Society Insurance |