

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                                     312-435-5670
**Clerk**

10/15/2020

USDC Illinois Central, Illinois Southern, Indiana Northern, Iowa Southern, Tennessee Middle, and Wisconsin Eastern

Re: In Re: Society Insurance Company COVID-19 Business Interruption Protection Insurance Litigation

USDC Case Number: 1:20-cv-06149, 1:20-cv-06151, 1:20-cv-06152, 1:20-cv-06153, 1:20-cv-06154, 1:20-cv-06155, 1:20-cv-06156, and 1:20-cv-06159

Other Court Case Number: Please see cases listed on CTO-1
MDL Number: 2964

Dear Clerk:

Enclosed is a certified copy of the Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned to Judge Edmond E. Chang.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

                                                                                                               Sincerely,
                                                                                                               Thomas G. Bruton, Clerk
                                                                                                               Deputy Clerk
                                                                                                               By:   /s/ B. Gudausky